UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROYCE WILLIAMS,

        Plaintiff,

vs.                                    Case No. 3:05-cv-479-J-33MCR

ASPLUNDH TREE EXPERT CO.,

        Defendant
_____/

## ORDER

    This matter comes before the Court pursuant to Plaintiff Williams' oral motion for judgment notwithstanding the verdict (Doc. # 98), which was made on October 13, 2006. On November 7, 2006, the Court directed Williams to file a memorandum setting forth any arguments he wished the Court to consider in deciding his oral motion. (Doc. # 107.) The Court directed Williams to file any such memorandum within ten days of the date of the Order. (Doc. # 107.) To date, Williams has not filed a memorandum setting forth his argument for judgment notwithstanding the verdict.

    The Court interprets Williams' motion for judgment notwithstanding the verdict as a motion for judgment as a matter of law under Federal Rule of Civil Procedure 50. Where such a motion is made by a party with the burden of proof, the motion will be granted only where the evidence favoring that party is overwhelming. See EEOC v. Massey Yardley Chrysler Plymouth, Inc., 117 F.3d 1244, 1250 (11th Cir. 1997). The Court concludes that

Williams has not met this standard in that the evidence favoring Williams was not overwhelming.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

Plaintiff Williams' oral motion for judgment notwithstanding the verdict (Doc. # 98) is **DENIED.**

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 21st day of December 2006.

*[signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record